Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

MAY 13 2026 PM1:31
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

TAMPA Division

|  |  |
|---|---|
| WELSELLY SANTANA <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br><br><br><br><br> WARREN BUFFETT FAMILY TRUST FUND <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **8:26·CV·1438-JLB-CPT** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WELSELLY SANTANA |
| Street Address | 2000 EAST 12TH AVENUE |
| City and County | TAMPA |
| State and Zip Code | FL 33675 |
| Telephone Number | |
| E-mail Address | WELSELLYSANTANA1008@PROTON.ME |

I.F.P

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | WARREN BUFFETT |
| Job or Title *(if known)* | CEO |
| Street Address | 3555 FARNAM STREET |
| City and County | OMAHA |
| State and Zip Code | NE, 68131 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Family trust funds can violate various federal statutes, primarily in the realms of tax evasion, fraud, and financial reporting, particularly when used in "abusive trust schemes" to hide assets or improperly deduct personal expenses. These violations are often investigated by the IRS and can lead to civil and criminal penalties.
Federal Statutes Violated [1]
•        Internal Revenue Code (IRC) § 641-684: Trusts that fail to report income or misapply definitions of "distributable net income" violate tax laws. ALL TRUST FUNDS ARE VIOLATING TAX LAWS ARE THEY ARE HIDING ASSETS OF HUMAN TRAFFICKED VICTIMS.
•        18 U.S.C. § 3057(a): Trustees have a duty to report known violations of federal law, and failure to do so, or active participation in fraudulent activity (such as laundering money or hiding assets), violates federal criminal statutes. THE CIA IS IN POSSESSION OF ALMOST ALL TRUST FUNDS INCLUDING MINE AND ASSETS ARE HIDDEN INSIDE GENEVA WHERE I SHOULD BE MOVING TO SHORTLY.
•        Bank Secrecy Act / FinCEN Form 114: Failure to report foreign bank accounts or assets over \(\$10,000\) held in foreign trusts. THE CIA IS VIOLATING FINCEN FORM 114 BY NOT PROVIDING ME WITH A COPY OF ALL MY TRUST FUNDS AS IM A VICTIM OF A COLD CASE OF 51 YEARS OF BEING HUMAN TRAFFICKED BY THE AGENCY DIRECTOR FROM NYC, HECTOR SANTANA, WHOM IS MY FOSTER FATHER.
•        IRC § 7873: Misuse of tribal trust per capita distributions, which are generally tax-exempt but subject to strict reporting, can violate specific tax statutes. MY DISTRIBUTIONS CHECKS OF $5 MILLION PER CORPORATION ARE NOT BEING SENT TO MY ADDRESS AND I'M STILL HOMELESS.
•        15 U.S.C. § 1 (Sherman Antitrust Act): While usually applied to corporate trusts, any "combination in the form of trust" that operates in restraint of trade is illegal. ALMOST ALL CORPORATIONS FORMED IN AMERICA INCLUDING BANKS ARE OWNED BY THE BRITISH AND FRENCH CROWN AT 51% OF ITS SHARES AND I'M NOT OPERATING THE CORPORATE TRUSTS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

    b.     If the defendant is a corporation

        The defendant, *(name)* WARREN BUFFETT FAMILY , is incorporated under
the laws of the State of *(name)* NEBRASKA , and has its
principal place of business in the State of *(name)* OMAHA .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

UNKNOWN

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

• Improper Tax Deductions: Claiming personal expenses (e.g., home maintenance, personal travel) as business expenses through the trust.
• Asset Hiding: Using trusts to disguise the true ownership of assets to avoid creditors or tax authorities.
• Income Splitting: Improperly splitting income across multiple entities to lower tax brackets.
• Breach of Fiduciary Duty: Self-dealing, commingling personal and trust assets, and failure to act in the beneficiaries' best interest, which can violate federal bankruptcy or fraud statutes if the trust is involved in insolvency proceedings
• Civil Sanctions: The IRS can impose fraud penalties up to 75% of the underpayment of tax TO THE UNKNOWN TRUSTEE.
• Criminal Penalties: Violations can lead to fines up to \(\$250,000\) and up to five years in prison for each offense.
• Trustee Removal/Liability: Courts may remove trustees, order them to pay damages for losses, and void illegal actions. I'M ASKING FOR REMOVAL OF THE TRUSTEE IMMEDIATELY.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REMOVAL OF TRUSTEE IMMEDIATELY AND LEGAL AND FINANCIAL HELP FOR MYSELF AS THE HEIRESS OF ALL MAIN TRUST FUNDS.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            05/13/2026

Signature of Plaintiff

Printed Name of Plaintiff        WELSELLY SANTANA

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address